**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREA SHAW, et al.,

                  Plaintiffs,

v.                                     Civil Action No. _____

AMERICAN ACADEMY OF PEDIATRICS,
                  Defendant.

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 26.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Plaintiff Children's Health Defense, a California non-profit corporation, makes the following disclosure:

1. Children's Health Defense has no parent corporation.

2. No publicly held corporation owns 10% or more of Children's Health Defense.

3. Children's Health Defense is a non-profit corporation and has issued no stock.

Dated: January 21, 2026

                                        Respectfully submitted,

                                        /s/ Richard Jaffe
                                        RICHARD JAFFE, ESQ.
                                        428 J St. 4th Floor
                                        Sacramento, California 95814
                                        Tel: 916-492-6038
                                        Fax: 713-626-9420
                                        rickjaffeesquire@gmail.com
                                        CA Bar No. 289362
                                        DC District Court ID No. CA00224

                                        *Attorney for Plaintiffs*

1