IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREA SHAW, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACADEMY OF PEDIATRICS,<br><br>Defendant. | Civil Action No. 1:26:cv-00171 (TJK) |

**JOINT MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7, and the Court's Standing Order in Civil Cases, the parties hereby jointly move to extend briefing deadlines and set a briefing schedule for Defendant American Academy of Pediatrics' forthcoming motion to dismiss the complaint in this matter (the "Complaint").

Plaintiffs' Complaint was served on February 2, 2026. Pursuant to Federal Rule of Civil Procedure 12 and Local Civil Rule 7, Defendant's motion to dismiss would be due twenty-one days after service (on Monday, February 23); Plaintiffs' memorandum in opposition would be due fourteen days later (on Monday, March 9); and Defendant's reply memorandum would be due seven days after that (on Monday, March 16).

The parties jointly move for a briefing schedule that sets a deadline of sixty days after service of the Complaint for Defendant to file a motion to dismiss, sixty-seven days for Plaintiffs to file their opposition, and thirty-five days for Defendant to file its reply. The new deadlines would thus be as follows:

- Defendant's motion to dismiss the Complaint would be due on **Friday, April 3**;
- Plaintiffs' opposition would be due on **Tuesday, June 9**; and

- Defendants' reply would be due on **Tuesday, July 14**.

Good cause exists for the jointly requested briefing schedule. The Complaint, which alleges RICO claims, is fifty-four pages long, with nearly two hundred paragraphs of factual allegations spanning more than two decades of alleged activity. It will take time for Defendant to review the allegations and prepare a response, and Defendant anticipates raising a number of legal issues related to the RICO claims in its motion to dismiss. The parties agree that, in light of the allegations and claims in the Complaint, good cause supports an extension of time for Defendant to answer or respond to the Complaint and an extension of the default briefing schedule under the Local Rules in response to Defendant's anticipated motion to dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. Furthermore, it will not prejudice either party or harm judicial economy to grant the request.

The parties have not previously sought extensions of any deadlines in this matter. No other deadlines have been set in this matter; granting this joint request therefore would not affect any previously set deadlines. In accordance with Local Civil Rule 7(m), counsel for both parties have conferred regarding this motion and agreed to file it jointly.

Accordingly, the parties respectfully submit that the Court should grant the joint motion to set a briefing schedule for Defendant's motion to dismiss the complaint. With the jointly requested extension, Defendant's motion will be due on **Friday, April 3, 2026**; Plaintiffs' opposition will be due on **Tuesday, June 9, 2026**; and Defendant's reply will be due on **Tuesday, July 14, 2026**.

A proposed order accompanies this motion.

Dated: February 11, 2026

*/s/ Richard Jaffe*
Richard Jaffe (Bar No. CA00224)
428 J Street 4th Floor
Sacramento, CA 95014
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Richard Sauber*
Richard Sauber (Bar No. 385070)
Jack A. Herman (Bar No. 1033370)
Lauren Cassady Andrews (Bar No. 888314680)
Shikha Garg (Bar No. 90002307)
Herbert Smith Freehills Kramer (US) LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                          */s/ Richard Sauber*
                                          Richard Sauber