**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREA SHAW, *et al.*,<br><br>    Plaintiffs,<br><br>      v.<br><br>AMERICAN ACADEMY OF PEDIATRICS,<br><br>    Defendant. | Civil Action No. 1:26:cv-00171 (TJK) |

**AMERICAN ACADEMY OF PEDIATRICS' MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant American Academy of Pediatrics hereby moves for an order dismissing Plaintiffs' Complaint (ECF No. 1).  A proposed order is attached.

Dated: April 3, 2026

Respectfully submitted,

*/s/ Richard Sauber*
Richard Sauber (Bar No. 385070)
Jack A. Herman (Bar No. 1033370)
Lauren Cassady Andrews (Bar No. 888314680)
Shikha Garg (Bar No. 90002307)
Herbert Smith Freehills Kramer (US) LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for American Academy of Pediatrics*