**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREA SHAW, *et al.*,<br><br>             Plaintiffs,<br><br>        v.<br><br>AMERICAN ACADEMY OF PEDIATRICS,<br><br>             Defendant. | Civil Action No. 1:26:cv-00171 (TJK) |

**DECLARATION OF RICHARD SAUBER IN SUPPORT OF MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Richard Sauber, hereby declare under penalty of perjury that:

1.      I am a member of the District of Columbia bar and am admitted to practice before this Court.  I am a partner with the law firm Herbert Smith Freehills Kramer (US) LLP, and I represent Defendant American Academy of Pediatrics in the above-captioned litigation.

2.      I submit this Declaration and the annexed exhibits in support of the Memorandum in Support of Defendant's Motion to Dismiss being filed concurrently with this Declaration.

3.      Annexed hereto as Exhibit 1 is a true and correct copy of the article titled Addressing Parents' Concerns: Do Multiple Vaccines Overwhelm or Weaken the Infant's Immune System?, published in January 2002.

4.      Annexed hereto as Exhibit 2 is a true and correct copy of excerpts of the report titled The Childhood Immunization Schedule and Safety: Stakeholder Concerns, Scientific Evidence, and Future Studies from the Institute of Medicine, published in 2013.

2

5.    Annexed hereto as Exhibit 3 is a true and correct copy of excerpts of the American Academy of Pediatrics Red Book: 2024-2027 Report of the Committee on Infectious Diseases, and Appendix IV, published in May 2024.

6.    Annexed hereto as Exhibit 4 is a true and correct copy of the Order of Emergency Suspension in the Matter of Paul Norman Thomas, MD, dated December 4, 2020.

7.    Annexed hereto as Exhibit 5 is a true and correct copy of the Decision in the Matter of Accusation Against Kenneth Paul Stoller, MD, dated February 16, 2021.

Dated: April 3, 2026
Washington, D.C.

*/s/ Richard Sauber*
Richard Sauber

2