# EXHIBIT 3

SECTION 1

# Active and Passive Immunization

......................
## Prologue

Vaccination is the act of introducing a vaccine into the body to stimulate the immune system to produce protection from a specific disease. Immunization is the process by which a person becomes protected against a disease through vaccination. The ultimate goal of immunization is elimination of disease, decrease of infection transmission, and ideally, eradication of the pathogen that causes the infection and disease; the immediate goal is prevention of disease in people or groups. To accomplish these goals, physicians must make timely immunization a high priority in the care of infants, children, adolescents, and adults. The global eradication of smallpox in 1977, elimination of poliomyelitis disease from the Americas in 1991, elimination of endemic measles transmission in the United States in 2000 and in the Americas in 2002, elimination of rubella and congenital rubella syndrome from the United States in 2004 and from the Americas in 2015, and global eradication of type 2 wild poliovirus in 2015 and type 3 wild poliovirus in 2019 serve as models for fulfilling the promise of disease control through immunization. These accomplishments were achieved by combining a comprehensive immunization program providing consistent, high levels of vaccine coverage with intensive surveillance and effective public health disease-control measures. The resurgence of measles and mumps over recent years and the 2022 case of paralytic poliomyelitis in the United States, however, illustrate how precarious the substantial gains to date can be without vigilant commitment by physicians, public health officials, and members of the public. Worldwide eradication of polio, measles, and rubella remains possible through implementation of proven prevention strategies, and in the case of polio even now is tantalizingly close, but diligence must prevail until eradication is achieved, or success itself is imperiled.

High immunization rates, in general, have reduced dramatically the incidence of all vaccine-preventable diseases (see Table 1.1) in the United States. Yet, because pathogens that cause vaccine-preventable diseases persist in the United States and elsewhere around the world, ongoing immunization efforts must be not only maintained but also strengthened. All vaccine-preventable diseases are, at most, 18 hours away by air travel from any part of the world.

Discoveries in immunology, molecular biology, and medical genetics have resulted in groundbreaking advances in vaccine research. Licensing of new, improved, and even more safe vaccines; establishment of an adolescent immunization platform; development of vaccines against cancer (eg, human papillomavirus and hepatitis B vaccines); and application of novel vaccine-delivery systems promise to continue the advances in preventive medicine achieved during the latter half of the 20th century. The extremely rapid pace of development of COVID-19 vaccines beginning in early 2020 is a testament to the scientific investments in vaccinology over 70 years. From the launch of the COVID-19 vaccination program in December 2020 through November 2022, an estimated 3.2 million American lives and $1.15 trillion were saved. The advent of population-based postlicensure studies of vaccines facilitates detection of rare adverse

## Table 1.1. Comparison of Prevaccine Era Estimated Average Annual Morbidity With Current Estimates

| Disease | Prevaccine Era Annual Case Estimate[a] | 2020 Reported Cases[b] | Percent Decrease |
|---|---|---|---|
| Diphtheria | 21 053 | 1 | >99 |
| *Haemophilus influenzae* type b (Hib) <5 y of age | 20 000 | 15 | >99 |
| Hepatitis A | 117 333 | 9946 | 92 |
| Hepatitis B (acute) | 66 232 | 2155 | 97 |
| Measles | 530 217 | 12 | >99 |
| Mumps | 162 344 | 694 | >99 |
| Pertussis | 200 752 | 6124 | 97 |
| Polio (paralytic) | 16 316 | 0 | 100 |
| Pneumococcus (invasive) | | | |
| All ages | 63 067 | 11 946 | 81 |
| <5 y | 16 069 | 561 | 97 |
| Rubella | 47 745 | 6 | >99 |
| Congenital rubella syndrome | 152 | 0 | 100 |
| Smallpox | 29 005 | 0 | 100 |
| Tetanus | 580 | 17 | 97 |
| Varicella | 4 085 120 | 2928 | >99 |

[a]Roush SW, Murphy TV; Vaccine-Preventable Disease Table Working Group. Historical comparisons of morbidity and mortality for vaccine-preventable diseases in the United States. *JAMA*. 2007;298(18):2155-2163.
[b]Centers for Disease Control and Prevention. Nationally Notifiable Diseases and Conditions, United States: Annual Tables. Available at: **https://wonder.cdc.gov/nndss/static/2020/annual/2020-table1.html.**

events temporally associated with immunization that were undetected during large pre-licensure clinical trials as well as detection of changes over time in vaccine effectiveness that directly inform recommendations on use of specific vaccines.

Each edition of the *Red Book* provides recommendations for immunization of infants, children, adolescents, and young adults. These recommendations, which are harmonized among the American Academy of Pediatrics (AAP), the Advisory Committee on Immunization Practices (ACIP) of the Centers for Disease Control and Prevention (CDC), and the American Academy of Family Physicians (AAFP), are based on careful analysis of disease epidemiology, benefits, and risks of immunization; feasibility of implementation; and cost-benefit analysis. ACIP recommendations utilize Grading of Recommendations Assessment, Development and Evaluation (GRADE), when feasible, in evaluating the evidence of benefits and risks for a given vaccine, further ensuring that the recommendations are evidence based and objectively assessed.

Use of trade names and commercial sources in the *Red Book* is for identification purposes only and does not imply endorsement by the AAP. Internet sites referenced in the *Red Book* are provided as a service to readers and may change without notice; citation of websites does not constitute AAP endorsement.

# Sources of Information About Vaccines and Immunization

In addition to the latest print edition of the *Red Book*, the following sources can assist providers in remaining up-to-date with information pertaining to vaccines and immunization recommendations and finding answers to questions that arise in practice. For many of these resources, providers can sign up for e-mail alerts to receive new information as soon as it is available.

- **American Academy of Pediatrics** (**AAP**)—***Red Book Online*** includes the print edition content plus updates and is available on the Internet (**http://redbook.solutions.aap.org/Redbook.aspx**) to AAP members and subscribers. The website has links to the latest implementation guidance, immunization schedules, and the Vaccine Status Table, which provides information on recently submitted, approved, and recommended vaccines and biologics. New recommendations are summarized in ***AAP News*** (**www.aappublications.org/news**), the official newsmagazine of the AAP, and are published in ***Pediatrics*** (**http://pediatrics.aappublications.org**), the official journal of the Academy. The AAP also maintains a website (**www.aap.org/en/patient-care/immunizations/**) that contains useful links to immunization resources for providers as well as a website with information geared toward parents (**https://healthychildren.org/english/safety-prevention/immunizations/pages/default.aspx**).

- **Centers for Disease Control and Prevention** (**CDC**)—The CDC Vaccines & Immunizations website (**www.cdc.gov/vaccines/**) contains a wealth of information, including annually updated immunization schedules; vaccine safety information; recommendations from the Advisory Committee on Immunization Practices (ACIP); vaccine supply updates; vaccine coverage and disease surveillance data; recommendations for specific patient populations; information about storage, handling, and administration of vaccines; legal requirements; and education and training. ACIP recommendations become "official" when they are published in the *Morbidity and Mortality Weekly Report (MMWR),* but the CDC may post provisional recommendations that can assist providers in making decisions on use of new vaccines prior to the publication of final recommendations. Noteworthy CDC Internet resources are listed in Table 1.2. CDC experts also are available to answer immunization-related questions by email at **nipinfo@cdc.gov.**

- **Food and Drug Administration** (**FDA**)—The FDA website includes information on the scientific and regulatory vaccine development process, vaccine safety and effectiveness, vaccine shortages, advisory committee meetings, and a repository of current FDA-approved prescribing information (**www.fda.gov/vaccines-blood-biologics/vaccines/**). The FDA-approved prescribing information (also referred to as the "label" or "package insert") contains detailed information for health care providers to ensure safe and effective use. The approved indications in the package insert are supported by the safety and effectiveness data evaluated by the FDA. The FDA does not issue guidelines or recommendations for vaccine use, and in some instances recommendations of the AAP or ACIP may differ from FDA-approved prescribing information.

## Table 1.2. CDC Immunization Web Page Quick Reference

| Content | URL |
|---|---|
| Glossary, acronyms, abbreviations, foreign language terms | www.cdc.gov/vaccines/terms/ |
| Information for parents | www.cdc.gov/vaccines/parents/index.html |
| Provider resources for conversations with parents | www.cdc.gov/vaccines/hcp/conversations/conv-materials.html |
| ACIP recommendations | www.cdc.gov/vaccines/hcp/acip-recs/index.html |
| General best practice guidelines | www.cdc.gov/vaccines/hcp/acip-recs/general-recs/index.html |
| Schedules | www.cdc.gov/vaccines/schedules/hcp/index.html |
| Child and Adolescent Vaccine Assessment Tool | www2a.cdc.gov/vaccines/childquiz/ |
| Vaccine Information Statements | www.cdc.gov/vaccines/hcp/vis/index.html |
| Vaccines for Children Program | www.cdc.gov/vaccines/programs/vfc/index.html |
| Travel | wwwnc.cdc.gov/travel/destinations/list |
| *CDC Health Information for International Travel* (also known as the Yellow Book) | wwwnc.cdc.gov/travel/page/yellowbook-home |
| *Epidemiology and Prevention of Vaccine-Preventable Diseases* (also known as the Pink Book) | www.cdc.gov/vaccines/pubs/pinkbook/index.html |
| Pink Book Series | www.cdc.gov/vaccines/ed/webinar-epv/index.html |
| *Manual for the Surveillance of Vaccine-Preventable Diseases* | www.cdc.gov/vaccines/pubs/surv-manual/index.html |
| *Morbidity and Mortality Weekly Report (MMWR)* | www.cdc.gov/mmwr/index.html |

- **Immunize.org** (formerly the **Immunization Action Coalition [IAC]**)—Working in partnership with the CDC, the organization maintains a website **(www.immunize.org)** replete with copyright-free information about virtually every aspect of vaccine practice. Unique content includes Vaccine Information Statement (VIS) translations in multiple languages; *Ask the Experts*, a repository of answers to challenging immunization questions; handouts for patients and staff; *Unprotected People Stories*, containing personal accounts of encounters with vaccine-preventable diseases; updated information about state mandates and exemptions; expansive image and video libraries; and screening tools for contraindications and precautions. The organization also maintains websites for the public **(www.vaccineinformation.org)** and for immunization coalitions **(www.immunizationcoalitions.org).** Their weekly e-mail newsletter, *IZ Express,* is available free of charge.

- **Vaccine Manufacturers**—Vaccine manufacturers maintain websites with current information about their FDA-approved vaccines, contact information for medical questions, and updated package inserts.
- **Other Resources**—Table 1.3 lists major national and international organizations that are involved in vaccine development, regulation of vaccines, immunization policy, education, implementation, and advocacy, along with their respective websites. The Directory of Resources in Appendix I (p 1134) also is a source of contact information for these and other organizations.

## Table 1.3. Internet Resources for Vaccine Information for Health Care Professionals and Parents

| Resource | URL |
| --- | --- |
| ***Government*** | |
| Centers for Disease Control and Prevention: Vaccines & Immunization | **www.cdc.gov/vaccines/** |
| Centers for Disease Control and Prevention Vaccine Safety | **www.cdc.gov/vaccinesafety/** |
| National Institute of Allergy and Infectious Diseases | **www.niaid.nih.gov** |
| US Food and Drug Administration | **www.fda.gov/vaccines-blood-biologics/vaccines** |
| National Vaccine Injury Compensation Program | **www.hrsa.gov/vaccine-compensation/index.html** |
| Vaccine Adverse Event Reporting System | **www.vaers.hhs.gov/index** |
| US Department of Health and Human Services | **www.hhs.gov/vaccines** |
| ***International*** | |
| Pan American Health Organization | **www.paho.org/hq** |
| World Health Organization | **www.who.int/en** |
| ***Professional Associations*** | |
| American Academy of Pediatrics | **www.aap.org** |
| American Academy of Family Physicians | **www.aafp.org** |
| American Medical Association | **www.ama-assn.org** |
| American College Health Association | **www.acha.org** |
| American College of Nurse Midwives | **www.midwife.org** |
| American College of Physicians | **www.acponline.org** |
| American College of Obstetricians and Gynecologists | **www.acog.org** |
| American Association of Nurse Practitioners | **www.aanp.org** |
| American Immunization Registry Association | **www.immregistries.org** |
| American Nurses Association | **www.nursingworld.org** |
| American Osteopathic Association | **www.osteopathic.org** |
| American Pharmacists Association | **www.pharmacist.com** |
| American Public Health Association | **www.apha.org** |

## Table 1.3. Internet Resources for Vaccine Information for Health Care Professionals and Parents, continued

| Resource | URL |
| --- | --- |
| American Society for Health System Pharmacists | **www.ashp.org** |
| Association for Prevention Teaching and Research | **www.aptrweb.org** |
| Association of State and Territorial Health Officials | **www.astho.org** |
| Association of Immunization Managers | **www.immunizationmanagers.org** |
| Council of State and Territorial Epidemiologists | **www.cste.org** |
| Infectious Diseases Society of America | **www.idsociety.org** |
| National Association of County and City Health Officials | **www.naccho.org** |
| National Association of Pediatric Nurse Practitioners | **www.napnap.org** |
| National Foundation of Infectious Diseases | **www.nfid.org** |
| National Medical Association | **www.nmanet.org** |
| Pediatric Infectious Diseases Society | **www.pids.org** |
| Society for Adolescent Health and Medicine | **www.adolescenthealth.org** |
| Society for Healthcare Epidemiology of America | **www.shea-online.org** |
| Society of Teachers of Family Medicine | **www.stfm.org** |
| ***Advocacy, Communication, Education, and Implementation*** | |
| American Academy of Pediatrics | **www.healthychildren.org/English/ safety-prevention/Pages/default. aspx**<br>**https://pedialink.aap.org/visitor/ home**<br>**www.aap.org/en/patient-care/ immunizations/communicating- with-families-and-promoting- vaccine-confidence/** |
| Children's Hospital of Philadelphia Vaccine Education Center | **www.chop.edu/centers-programs/ vaccine-education-center** |
| Comprehensive Vaccine Education Program (Pediatric Infectious Diseases Society) | **https://pids.org/education- training/vaccine-education- program/** |
| Families Fighting Flu | **www.familiesfightingflu.org** |
| Global Alliance for Vaccines and Immunization | **www.gavi.org** |
| Immunization for Women (American College of Obstetricians and Gynecologists) | **www.immunizationforwomen.org** |
| Immunize.org | **www.immunize.org** |
| National HPV Vaccination Roundtable | **www.hpvroundtable.org** |
| National Meningitis Association | **www.nmaus.org** |
| Unity Consortium | **www.unity4teenvax.org/** |
| Vaccinate Your Family (formerly Every Child by Two) | **www.vaccinateyourfamily.org** |
| Voices for Vaccines | **www.voicesforvaccines.org** |

# Discussing Vaccines With Patients and Parents[1]

## Vaccine Uptake: Definitions and Understanding Common Influences of Vaccine Behavior

It is critical to be clear about the terms used when discussing vaccine uptake. A helpful approach is to categorize terms within the attitudes, intentions, and behaviors framework. Vaccine attitudes signify how one thinks and feels about vaccination. Vaccine attitudes shape vaccine intentions, which reflect one's willingness to act on these attitudes. Vaccine intentions, in turn, shape vaccine behavior, which comprises the actions one takes with respect to vaccination. Vaccine confidence, which describes the belief that vaccines are safe, effective, and part of a trustworthy medical system, is a vaccine attitude. Vaccine hesitancy, a motivational state of being conflicted about or opposed to getting vaccinated, is a vaccine intention. And vaccine uptake, defined as receipt of a vaccine, is a vaccine behavior. Barriers to accessing vaccines as well as intentional vaccine refusal and delay are two important predictors of vaccine behavior.

Vaccine hesitancy may result in a range of behaviors, from refusal of all vaccinations, to receipt of all recommended vaccinations while still having concerns about vaccinations. In 2019, the Centers for Disease Control and Prevention (CDC) National Immunization Survey found that 20% of US parents reported that they were "hesitant about childhood shots." Several frameworks for categorization of parents and caregivers with respect to their vaccine attitudes, intentions, and behaviors have emerged, with an example shown in Table 1.4. A small proportion of parents (1%–3%) refuse all vaccines and may have more fixed beliefs and attitudes about vaccines. On-time routine vaccination decreased in the years immediately following the COVID-19 pandemic; however, it is uncertain whether this decrease is more related to missed well-visit appointments rather than changes in vaccine hesitancy during the pandemic. Some US and Canadian surveys have shown that vaccine hesitancy has not changed significantly since the onset of the pandemic. In contrast to the small number who adamantly refuse any vaccine, the majority of hesitant parents likely have some ambivalence toward vaccination decisions and many may be receptive to information and guidance about routine childhood vaccines that improve their confidence and uptake for their children.

A World Health Organization framework organizes determinants of vaccine hesitancy into contextual, individual and group, and vaccine factors.[2] At the contextual level, both access to trusted sources of vaccine information and the spread of misinformation may influence beliefs about vaccines and the diseases they prevent. Individual and group preferences for "natural" or "organic" approaches to health are

---

[1] American Academy of Pediatrics, Committee on Infectious Diseases, Committee on Practice and Ambulatory Medicine, Committee on Bioethics. Clinical report. Strategies for improving vaccine communication and uptake. *Pediatrics*. 2024; in press

[2] World Health Organization, SAGE Working Group. Report of the SAGE Working Group on Vaccine Hesitancy. Geneva, Switzerland: World Health Organization; 2014. Available at: **www.asset-scienceinsociety.eu/sites/default/files/sage_working_group_revised_report_vaccine_hesitancy.pdf**

## Table 1.4. Determinants of Vaccine Hesitancy Matrix (World Health Organization)

| | |
|---|---|
| **Contextual influences**<br>Influences from historic, sociocultural, environmental, health system/institutional, economic, or political factors | • Communication and media environment<br>• Influential leaders, immunization program gatekeepers, and anti- or provaccination groups<br>• Historical influences<br>• Religion/culture/gender/socioeconomic<br>• Politics/policies<br>• Geographic barriers<br>• Perception of the pharmaceutical industry |
| **Individual and group influences**<br>Influences from personal perception of the vaccine or influences of the social/peer environment | • Personal, family, and/or community members' experience with vaccination, including pain<br>• Beliefs, attitudes about health and prevention<br>• Knowledge/awareness<br>• Health system and providers—trust and personal experience<br>• Risk/benefit (perceived, heuristic)<br>• Immunization as a social norm vs not needed/harmful |
| **Vaccine/vaccination-specific issues**<br>Directly related to vaccine or vaccination | • Benefit/risk (epidemiologic and scientific evidence)<br>• Introduction of a new vaccine or new formulation or a new<br>• recommendation for an existing vaccine<br>• Mode of administration<br>• Design of vaccination program/mode of delivery (eg, routine program or mass vaccination campaign)<br>• Reliability and/or source of supply of vaccine and/or vaccination equipment<br>• Vaccination schedule<br>• Costs<br>• The strength of the recommendation and/or knowledge base and/or attitude of health care professionals |

Adapted from: World Health Organizatoin, SAGE Working Group. *Report of the SAGE Working Group on Vaccine Hesitancy.* Geneva, Switzerland: World Health Organization; 2014.

also associated with vaccine hesitancy, and these preferences often overlap with distrust for health care professionals and medical systems. Psychological factors underlying vaccine attitudes include valuing autonomy, conspiratorial thinking, and cognitive biases in how people weigh probabilities of present and future risks. In contrast, social norms can help promote vaccine uptake.

Receiving a vaccine is strongly associated with perceived disease risk or susceptibility. Refusing a vaccine, conversely, may be associated with a lower perceived disease risk and has been linked to increased risk of diseases like measles, pertussis, and invasive pneumococcal infection at the individual and community level. Geographic clustering of vaccine refusal further increases the risk of communicable disease outbreaks in certain communities even when vaccination rates at a state or national level remain high overall. For example, large outbreaks of measles in the United States in the 2010s frequently occurred in undervaccinated communities with shared religious and cultural beliefs.

Disruption to routine pediatric vaccination during the COVID-19 pandemic has left many children vulnerable to vaccine-preventable diseases and more locations susceptible to outbreaks in the United States and around the world. Although evidence remains inconclusive, disease resurgence may help bolster vaccine uptake; media coverage of recent measles outbreaks has been associated with more provaccine communication and positive parental vaccine attitudes. In contrast, pediatric COVID-19 vaccine uptake has been slow as parents consider a new vaccine for a new disease amidst ongoing spread of both disease and misinformation. COVID-19 is a reminder that disease prevalence is only one of many factors that contribute to vaccine acceptance.

Distrust of health systems based on historic and ongoing discrimination and inequitable access to care are intertwined challenges that contribute to racial and ethnic disparities in vaccine uptake. Although there has been progress in reducing racial, ethnic, and socioeconomic disparities in childhood vaccination coverage, the COVID-19 pandemic made clear how much work is yet to be done. Solutions to reduce disparities and promote vaccine uptake must build trust, improve access to care and access to information for all communities, increase diversity and representation among the ranks of scientists and health care professionals, and acknowledge the contribution of structural and interpersonal racism to health disparities. Promising approaches include partnering with trusted messengers to promote vaccination as well as community engagement to understand barriers to vaccine uptake and to build on existing sources of information and connection. Vaccine conversations with parents from historically minoritized groups may also require more explicit acknowledgement of the medical mistreatment and exclusion experienced by these groups and the damaging effect this has had on trust in medical and public health authorities.

## Understanding Vaccine Evaluation and Safety as an Approach to Addressing Parental Concerns

Among parents or caregivers who refuse or question vaccines, safety has consistently been shown to be a top concern. Therefore, it is important for pediatricians and other clinicians who care for children to have knowledge of the processes for vaccine licensure and vaccine safety monitoring in order to address parents' questions and concerns. Because vaccines are generally given to healthy individuals to prevent disease, they are held to a higher safety standard than other medications. Prior to a vaccine being added to the routine immunization schedule, there is a multistep process including preclinical animal studies, clinical trials in humans, submission of an application to the US Food and Drug Administration (FDA) for licensure (or, as in the case of COVID-19 vaccines, for emergency use authorization [EUA]), approval or authorization by the FDA, and recommendations for use by the Advisory Committee on Immunization Practices (ACIP). In each of these steps, safety is a top consideration.

Prelicensure clinical trials and progression through the phases of clinical development are under the oversight of FDA. Prelicensure, phase 1 trials are conducted for the purpose of understanding the safety profile and side effects of a vaccine generally among 20 to 100 healthy volunteers. If there are no safety concerns in this phase, a vaccine may move into phase 2 trials, generally among several hundred volunteers,

when, in addition to further expanding an understanding of the vaccine's safety profile, immunogenicity is assessed. For vaccines with acceptable phase 2 safety data and promising immunogenicity data, phase 3 trials may proceed, often with thousands of volunteers, to assess both effectiveness and detection of less common adverse events in a larger population. After completion of phase 3 trials, the manufacturer of the vaccine may submit an application to the FDA for licensure. The FDA then reviews the application; if it determines that the vaccine is safe and effective and confirms that the manufacturing and facility information assure product quality and consistency, it may grant a license for use. The reviews conducted by the FDA are publicly posted on the FDA website. The ACIP then examines the available data submitted to the FDA as well as other contributory data to decide whether the benefits of vaccination outweigh any possible risks for the target population. Although some of the deliberations are internal to the FDA and CDC, this process is highly transparent, with public ACIP meetings and the opportunity for written or oral public comment. The process for authorization of COVID-19 vaccines under EUA and subsequent ACIP recommendation was very similar to fully licensed vaccine products, albeit on an accelerated timeline because of the urgent nature of the emergency (eg, pandemic) under which they were being considered.

Although prelicensure trials can identify common adverse events within a limited timeframe after vaccination, it is not feasible to conduct clinical trials large enough to detect all rare vaccine-related events (ie, <1 event per 10 000 vaccinees). Therefore, the United States has developed a robust postlicensure vaccine safety surveillance system. Two of the most widely known components of this surveillance network are the **Vaccine Adverse Event Reporting System (VAERS)** and the **Vaccine Safety Datalink (VSD)**, both of which were established in 1990. A surveillance system managed by the CDC and FDA, VAERS is the US government's early warning system for vaccine adverse events. Although VAERS is crucial to vaccine safety surveillance, it cannot generally assess causality. It therefore serves as a hypothesis-*generating* system. On the other hand, the VSD, a collaboration between CDC and 13 integrated health care organizations, is a hypothesis-*testing* system and can assess causality. Using electronic health records (EHRs) with highly accurate data, if a signal for a possible vaccine adverse event is identified through VAERS or other monitoring sources, further studies can then be conducted in the VSD to determine whether an association with the vaccine in question exists using several different types of methods, such as case-control (comparing the incidence of the possible adverse event in vaccinated and unvaccinated individuals) and self-controlled case series (in which only individuals who experienced the outcome of interest are examined using risk intervals around the time of vaccination). The VSD has been able to identify rare adverse events after vaccination, such as the association between measles, mumps, and rubella vaccine (MMR) and immune thrombocytopenic purpura and the increased risk of febrile seizures after measles, mumps, rubella, and varicella vaccine (MMRV). Equally importantly, the VSD has been able to demonstrate the lack of association of numerous vaccines with purported vaccine adverse events.

In addition to VAERS and the VSD, the FDA has its own active surveillance effort involving the **Biologics Effectiveness and Safety (BEST)** system, which covers more than 100 million people and comprises large-scale claims data, EHRs, and linked claims-EHR databases. The system makes use of multiple data sources and enables

rapid queries to detect or evaluate adverse events as well as studies to answer specific safety questions for vaccines.

In addition to the VSD, VAERS, and BEST, the United States has several other important systems monitoring vaccine safety, including the **Clinical Immunization Safety Assessment Project (CISA)**, various surveillance systems through the US Department of Defense, and, with onset of the COVID-19 pandemic, **v-safe**, the after-vaccination checker. The United States also collaborates internationally to study vaccine safety through partnerships with the World Health Organization, the European Medicines Agency, and the Pan-American Health Organization, among others. Details of several of the major US vaccine safety surveillance systems are shown in Table 1.5.

The safety of the recommended childhood vaccines and the recommended schedule has been affirmed by multiple independent reviews, including from the National Academy of Medicine (NAM) and the Agency for Healthcare Research and Quality (AHRQ). The 2013 report from the NAM includes a review of the evidence for known vaccine adverse events and was used to inform the vaccine injury compensation program. The 2021 update to the AHRQ report identified no new safety risks associated with the recommended vaccination schedule, and pediatricians can use this information to explain the reasons for the timing of the recommended schedule. Many vaccine-preventable diseases like measles, pertussis, rotavirus, and pneumococcal and *Haemophilus influenzae* infection are associated with higher morbidity and mortality in infancy and early childhood. Delaying vaccination leaves children unprotected at the age when they are most at risk. Vaccines are studied to ensure safety and adequate immune response at the age when they are recommended. For example, immune response to human papillomavirus (HPV) vaccine is stronger when given at an earlier age, and delaying vaccination may result in the need for more doses to achieve adequate protection.

Pursuing a nonrecommended vaccination schedule is associated with lower likelihood of being up-to-date on early childhood vaccinations and involves using an approach that is less well studied than the recommended schedule. It is also important to have children fully vaccinated before they attend group settings with other children (eg, any type of group child care setting, preschool, or elementary school where the risk of exposure to a vaccine-preventable disease increases). When using a nonrecommended vaccine schedule, this goal can be compromised. Deviation from the recommended schedule, therefore, is generally discouraged. After making a reasonable effort to discuss the recommended vaccination schedule with a family, deviation from the recommended schedule may be considered if it is the only way to move forward to vaccinate a child.

Some parents and caregivers have concerns about the number of vaccinations children receive or the specific components in vaccines. Clinicians can respond to the concern among some parents that "too many" vaccines are given at once with evidence-based, valid, culturally sensitive statements to promote vaccine uptake. It may be helpful to explain that there are fewer antigens in the current schedule than historical schedules that included the whole-cell pertussis vaccine. The immune system has the capacity to respond to a large number of stimuli at once and responds to the many immunogenic substances it encounters outside vaccinations through routine childhood food, environmental, and circulating disease exposures.

Parents and caregivers sometimes raise concerns about vaccines causing the infection they are actually working to prevent. Pediatricians can explain that non-live vaccines contain only a portion of the bacteria or virus they are working to prevent and

## Table 1.5. Examples of Major Vaccine Safety Surveillance Systems in the United States

| Surveillance System | Data Source | Population Under Surveillance | Management | Characteristics | Strengths | Limitations |
|---|---|---|---|---|---|---|
| Vaccine Adverse Event Reporting System (VAERS) | Online reporting system<br>Health care providers and vaccine manufacturers are required by law to report certain events after vaccination | Entire United States | FDA, CDC | • "Nation's early warning system"<br>• Passive, spontaneous reporting<br>• Hypothesis-generating<br>• 85%–90% of reports are nonserious<br>• Serious reports are followed up | • Accepts reports from anyone<br>• All data are publicly available | • Generally cannot assess causality<br>• Prone to both overreporting and underreporting |
| Vaccine Safety Datalink (VSD) | Electronic health record data from 13 large health care organizations across the United States | 12.5 million | CDC, in collaboration with integrated health care organizations | • Active surveillance system<br>• Hypothesis-testing<br>• Can conduct medical record review to verify outcomes<br>• Multiple methods developed to conduct valid, accurate vaccine safety studies | • Can estimate potential causal associations<br>• Capable of real-time monitoring<br>• High-quality data | • Limited ability to assess adverse events with delayed or insidious onset<br>• May not be able to control for all confounders<br>• Represents an insured population |

**Table 1.5. Examples of Major Vaccine Safety Surveillance Systems in the United States, continued**

| Surveillance System | Data Source | Population Under Surveillance | Management | Characteristics | Strengths | Limitations |
|---|---|---|---|---|---|---|
| Biologics Effectiveness and Safety System (BEST) | Large-scale claims data, electronic health records (EHRs), and linked claims-EHR databases | 100 million | FDA | • Enables rapid queries to detect or evaluate adverse events as well as studies to answer specific safety questions for vaccines | • Very large population<br>• Possible to study the safety of vaccines in subpopulations with preexisting conditions or in pregnant persons | • Limited evaluation of pediatric vaccines to date<br>• Statistical signals must be further evaluated through rigorous epidemiologic study |
| Clinical Immunization Safety Assessment (CISA) | Generally medical records from clinicians | Not applicable | CDC, in collaboration with medical research centers | • In depth clinical, pathophysiological, and vaccinology expertise to assess causal relationships between vaccines and adverse events | • US health care providers with a complex vaccine safety question about a specific patient may contact CISA to request a consult | • Limited in scope |

BEST indicates Biologics Effectiveness and Safety System; CDC, Centers for Disease Control and Prevention; CISA, Clinical Immunization Safety Assessment; EHR, electronic health records; FDA, US Food and Drug Administration; VAERS, Vaccine Adverse Event Reporting System; VSD, Vaccine Safety Datalink.

that most common vaccine side effects are from the immune system response and are not a sign of infection. Some vaccines contain only the genetic material for a specific protein and direct the body to produce a small amount of that protein. Live vaccines are contraindicated for some immunocompromised people because of the risk of vaccine-strain viral replication causing vaccine associated disease; however, these vaccines do not cause infection or disease in immunocompetent people.

Other common concerns focus on specific vaccine ingredients. In the United States, mercury was removed from most vaccine products in the early 2000s. Thimerosal (which contains ethylmercury) is still used as a preservative to prevent contamination in some influenza vaccines supplied in multidose vials, but other routine childhood vaccines in the United States, including single-dose vial influenza vaccines, do not contain ethylmercury. Concerns about neurologic effects of mercury exposure are based on risks associated with methylmercury, whereas ethylmercury is metabolized more quickly and not associated with the same risks. Alleged correlations between methylmercury and autism have been debunked.

Aluminum is used in some vaccines as an adjuvant that facilitates a strong immune response. The amount of aluminum in vaccines is safe, regulated, and comparable to the amount of aluminum infants are exposed to through human milk and formula feeding.

Fetal cell lines have been used in the development, testing, and production of some vaccines and other medications, but vaccines do not contain cells or DNA from aborted fetuses. Most major religions have issued statements that the use of fetal cells in vaccine development does not prohibit use of these vaccines, and some have pointed out the moral good of vaccination to protect the health of children and the people around them.

The CDC's *Epidemiology of Vaccine Preventable Disease: The Pink Book* and collection of *Morbidity and Mortality Weekly Reports (MMWRs)* containing ACIP vaccination recommendations are useful resources for more detailed information about vaccine contraindications and precautions, ingredients, schedules, and side effects. A summary of common misconceptions with accompanying facts is provided in Table 1.6.

# Evidence-Based Communication Strategies to Increase Uptake of Childhood Vaccines[1]

Pediatricians are the most common source of vaccine information for parents and caregivers, are the most trusted source for vaccine-safety information, and can positively influence a parent's vaccine behavior, even among parents with concerns about vaccines. Vaccine-related facts that pediatricians may use when discussing vaccines with parents are important. How those facts are communicated is also important. It is important to establish an honest dialogue, take time to listen, and solicit and welcome questions. Recent evidence has further improved the understanding of specific clinician communication strategies that can improve uptake of childhood vaccines. Although many techniques for working with vaccine-hesitant parents have been suggested, relatively few have been studied to determine efficacy in improving vaccination uptake, although recent years have seen an uptick in large, funded randomized trials.

---

[1] American Academy of Pediatrics, Committee on Infectious Diseases, Committee on Practice and Ambulatory Medicine, Committee on Bioethics. Clinical report. Strategies for improving vaccine communication and uptake. Pediatrics. 2024; in press

## Table 1.6. Common Misconceptions/Myths About Vaccines and Immunizations

| Claims | Facts |
|---|---|
| "Natural" methods of enhancing immunity, such as contracting the disease, are better than vaccinations. | Vaccinations are the safest way to achieve immunity; having immunity the "natural way" means being sick with a potentially very serious, even lethal, infectious disease. Immunity from a preventive vaccine provides protection against disease when a person is exposed to it in the future. That immunity is usually similar to what is acquired from natural infection, although several doses of a vaccine may have to be administered for a child to develop an adequate immune response. |
| Giving multiple vaccines at the same time causes an "overload" of the immune system. | Vaccination does not overburden a child's immune system; the recommended vaccines use only a small portion of the immune system's "memory." Although the number of unique vaccines administered has risen over recent decades, the number of antigens administered has decreased because of advances in science and manufacturing. The National Academy of Medicine (NAM) has concluded that there is no evidence that the immunization schedule is unsafe. |
| Vaccines are ineffective. | Vaccines have spared millions of people the effects of devastating diseases. |
| Prior to the use of vaccinations, these diseases had begun to decline because of improved nutrition and hygiene. | In the 19th and 20th centuries, some infectious diseases began to be better controlled because of improvements in sanitation, clean water, pasteurized milk, and pest control. However, vaccine-preventable diseases decreased dramatically after the vaccines for those diseases were approved and were administered to large numbers of children. |
| Vaccines cause poorly understood illnesses or disorders, such as autism, sudden infant death syndrome (SIDS), immune dysfunction, diabetes, neurologic disorders, allergic rhinitis, and eczema. | These claims are false. Multiple, high-quality scientific studies have failed to substantiate any link between vaccines and these health conditions. See NAM and Agency for Healthcare Research and Quality (AHRQ) reports.[a,b] |
| Vaccines weaken the immune system. | Vaccines strengthen the immune system. Vaccinated children have decreased risk of infections. Importantly, natural infections like influenza, measles, and chickenpox can weaken the immune system, increasing the risk of other infections. |

### Table 1.6. Common Misconceptions/Myths About Vaccines and Immunizations, continued

| Claims | Facts |
|---|---|
| Giving many vaccines at the same time is untested. | With some exceptions, administering multiple vaccines at the same time is as effective and safe as administering vaccines separately. Routine administration of all age-appropriate doses of vaccines at the same time is important to keep children up-to-date with all recommended vaccines. |
| Vaccines can be delayed, separated, and spaced out without consequences. | Many vaccine-preventable diseases occur in early infancy. Optimal vaccine-induced immunity may require a series of vaccines over time. Any delay in receiving age-appropriate immunization increases the risk of diseases that vaccines are administered to prevent. Spacing out vaccine may also have psychological consequences, because many more office visits will be associated with injections. |

Adapted from Myers MG, Pineda D. *Do Vaccines Cause That? A Guide for Evaluating Vaccine Safety Concerns.* Galveston, TX: Immunizations for Public Health; 2008:79.

[a]**www.nap.edu/catalog/13164/adverse-effects-of-vaccines-evidence-and-causality; www.nap.edu/catalog/13563/the-childhood-immunization-schedule-and-safety-stakeholder-concerns-scientific-evidence**

[b]Agency for Healthcare Research and Quality, Safety of Vaccines Used for Routine Immunization in the United States: An Update. Available at: **https://effectivehealthcare.ahrq.gov/products/safety-vaccines/research**

## USE A STRONG VACCINE RECOMMENDATION AND THE PRESUMPTIVE FORMAT FOR INITIATING THE VACCINE DISCUSSION

One of the clinician vaccine communication strategies with strong evidence for increased uptake of childhood and adolescent vaccines is providing a vaccine recommendation. The strength and quality of this recommendation is also important. There is higher vaccine receipt among children whose parents or caregivers receive a very strong clinician vaccine recommendation than those who do not. The ability to confidently provide such strong recommendations is based on decades of broad national and international pediatric health care experience, data collection, and rigorous, well-designed studies of vaccine safety, efficacy, and effectiveness.

A related communication strategy with similarly strong evidence for increased vaccine uptake is a clinician's use of a presumptive format to initiate the vaccine discussion. A presumptive format is one in which the clinician asserts a position regarding vaccines using a closed-ended statement, such as "Sara is due for several vaccines today" or "Well, we have to do some shots." This is in contrast to a participatory format, in which an open-ended question is used to more explicitly invite the parent to voice an opinion, such as "How do you feel about vaccines today?" Clinician use of a presumptive format is associated with increased vaccine uptake, even among vaccine-hesitant parents. In addition, clinicians' repeated use of a presumptive (as compared with participatory) format with vaccine-hesitant parents or caregivers over several visits, given the longitudinal nature of vaccine administration and discussions, yields significantly less underimmunization among children. Overall, implementation of the presumptive format in practice has been perceived by clinicians as time-saving, easy

to use, and a way to promote vaccination as part of routine care. Engaging all team members in the office setting or inpatient unit who communicate with parents about vaccines on the rationale and technique for initiating the vaccine discussion using the presumptive format could maximize its effect.

## FOR PARENTS WHO EXPRESS HESITANCY, USE ADDITIONAL EVIDENCE-BASED COMMUNICATION STRATEGIES

Although a strong recommendation and use of a presumptive format for initiating the vaccine discussion with parents and caregivers are effective, they are not a panacea; despite use of these strategies, a proportion of vaccine-hesitant parents will still voice initial resistance to vaccinating their child. There are additional vaccine communication strategies needed with parents who continue to express hesitancy. One such strategy is motivational interviewing. Motivational interviewing is a patient-centered framework for behavior change that helps leverage one's inherent motivation for behaviors. Evidence from observational studies to support the use of motivational interviewing in the vaccination context is growing. The strongest evidence for motivational interviewing has come from a large cluster randomized controlled trial.[1] Clinicians in intervention practices were trained to use the presumptive format for initiating the discussion for all parents regarding HPV vaccine, followed by use of motivational interviewing in discussions with parents who voiced initial reluctance in having their child receive the HPV vaccine. Clinicians in control practices provided usual care. Investigators found a significant increase in HPV vaccine initiation and completion among children of parents who received care in intervention (versus control) practices.

Other adjunctive clinician vaccine communication strategies with some evidence supporting their effectiveness include: (a) pursuing adherence to the recommended vaccines due for the child at a visit despite initial parental reluctance; and (b) bundling the discussion of all vaccines a child is eligible for at the visit at once. Pursuing adherence refers to responding immediately to a parent's initial reluctance to the vaccines for which their child is due with a reiteration of the importance of the recommended vaccines for the child, such as "Your child really needs these shots." In several observational studies, parental verbal acceptance of vaccines for their child was significantly higher when clinicians pursued their vaccine recommendations (versus acquiesced) after initial parent reluctance. Bundling the discussion of all vaccines for which a child is due at a visit at once is supported by observational work in which investigators found concurrent discussion of the influenza vaccine with other vaccines for which a child was also due was associated with higher influenza vaccine uptake. Clinicians may also mention that they use strategies to minimize the pain associated with vaccination, as this is a common concern among parents and caregivers.

Finally, clinicians can emphasize their own experiences when discussing the need for vaccination, including personal experience with vaccine-preventable diseases and the fact that they and their families are vaccinated because of their confidence in the safety and efficacy of the vaccines.

---

[1] Dempsey AF, Pyrznawoski J, Lockhart S, et al. Effect of a health care professional communication training intervention on adolescent human papillomavirus vaccination: a cluster randomized clinical trial. *JAMA Pediatr.* 2018;172(5):e180016

### LEVERAGE SYSTEMS, ORGANIZATIONAL APPROACHES, AND COMMUNITY INITIATIVES TO IMPROVE PARENTAL ACCESS TO VACCINES

Pediatrician-parent communication is only one of the many efforts required to achieve and maintain high vaccination coverage. There are many established and long-standing evidence-based practices for increasing vaccination coverage, such as standing orders for vaccination, reminder/recall, use of immunization information systems, school and child care entry requirements, and audit and feedback, among others. There are also emerging community-based approaches designed to build trust and address the concerns of specific populations, including religious and vulnerable populations. These may include community- and school-based vaccination programs, which may help to demonstrate vaccination as a social norm and encourage greater uptake. Effectively implementing these strategies has the potential to save time in the clinical encounter by reducing the time needed to discuss vaccines.

## Policies for Families Who Refuse or Delay Vaccination

Dismissal of child patients of vaccine-refusing parents or caregivers can be a difficult decision arrived at after considering multiple factors and documented attempts to counsel vaccine-refusing families. However, if repeated attempts to help understand and address parental values and vaccine concerns fails to engender trust, move parents toward vaccine acceptance, or strengthen the therapeutic alliance, dismissal can be an acceptable option. When considering the dismissal of a vaccine-refusing parent, it is important to verify that less drastic alternatives are not feasible. The consideration, design, and implementation of office policies for dismissal will ideally take into account practice setting, patient population, availability of other nearby reputable sources of medical care for children, and the framing of the policy (stressing the importance of vaccination). Transparency and equitable application of such policies is also important. Dismissal must be conducted in a manner consistent with applicable state laws prohibiting abandonment of patients. Although these laws vary from state to state, official notification of the parents or legal guardian is required, along with the provision of information for finding a new physician. The parental refusal of recommended vaccines and attempts to counsel the family should be documented in the patient's medical record. Furthermore, the dismissing physician is obligated to continue current treatment and provide emergency care for a reasonable period of time, usually 30 days.

## Vaccine Injury Compensation

Although vaccines are extremely safe products, serious adverse events, such as allergic reactions, are rare but can result from vaccine administration. The Vaccine Injury Compensation Program (VICP) was established in 1988 as an alternative to civil litigation and to simplify the process of settling vaccine injury claims. The VICP is a no-fault system in which compensation may be sought if people believe they have experienced an injury as a result of administration of a vaccine listed in the current Vaccine Injury Table, the link to which can be found at **www.hrsa.gov/vaccine-compensation.** People seeking compensation for alleged injuries from covered vaccines must first file claims with the VICP before pursuing civil litigation against

manufacturers or vaccine providers. If the claimant accepts the judgment of the VICP, neither vaccine providers nor manufacturers can be sued in civil litigation. If the claimant rejects the VICP judgment, he or she has the option of filing a claim against the vaccine company and the health care professional who administered the vaccine, although this seldom happens.

The VICP compensates for injuries that have occurred as a result of the administration of a vaccine routinely recommended for children and adolescents, although the vaccine recipient and beneficiary can be of any age. Vaccines not routinely recommended for children, including zoster vaccines, pneumococcal polysaccharide vaccine (PPSV23), and travel vaccines, are not covered by the VICP. The 21st Century Cures Act, signed into law in December 2016, amended the VICP to include coverage for vaccines recommended for routine use in pregnant people, ensuring that both a person who received a covered vaccine while pregnant and the child (in utero at the time) are covered by the program.

Claims must be filed within 36 months after the first symptom appeared following immunization, and death claims must be filed within 2 years of a death and within 4 years after the first symptom of the vaccine injury that resulted in the death. To ensure that legal expenses are not a barrier to entry into the program, the VICP may pay attorney's fees and other legal costs related to a claim, regardless of the judgment, if certain minimal requirements are met and the claim is determined to have been filed on a reasonable basis and in good faith.

The VICP compensates for vaccine-related injuries that are included on the Vaccine Injury Table, the link to which can be found at **www.hrsa.gov/vaccine-compensation.** The table lists the vaccines covered by the VICP as well as injuries, disabilities, illnesses, and conditions for which compensation may be awarded. The Vaccine Injury Table defines the time during which the first symptoms or significant aggravation of an injury must appear after immunization. If the claim pertains to conditions not listed in the Vaccine Injury Table, claimants still may file a claim. The average time from filing a claim to a judgement is under 3 years.

In 2009, a separate program, the Countermeasure Injury Compensation Program (CICP), was created to cover medical countermeasures developed and/or used in response to public health emergencies, such as in a pandemic (eg, COVID-19), epidemic, or security threat (eg, smallpox, anthrax, botulism) **(www.hrsa.gov/cicp).** CICP awards are paid by the Covered Countermeasure Process Fund, which is funded by Congress via emergency appropriations to the US Department of Health and Human Services. The CICP requires a higher burden of proof regarding injury causation, has a shorter time limit to file a claim (within 1 year following the date of vaccination), and does not compensate for pain, suffering, emotional distress, or attorney's fees. Denied claims cannot be appealed.

A vaccine covered by the CICP can be transferred to the VICP once the vaccine is approved by the US Food and Drug Administration (FDA) using the biologics license application (ie, the normal process), is recommended by the Centers for Disease Control and Prevention (CDC) Advisory Committee on Immunization Practices (ACIP) to be included in the CDC vaccine schedule, and is authorized by the Secretary of Health and Human Services. In addition, Congress has to authorize an excise tax on it.

......................

# Appendix IV

## Guide to Contraindications and Precautions to Immunizations

A **contraindication** to vaccination is a condition in a patient that increases the risk of a serious adverse reaction and for whom this increased risk of an adverse reaction outweighs the benefit of the vaccine. A vaccine should not be administered when a contraindication is present. The only contraindication applicable to all vaccines is a history of anaphylaxis to a previous dose or to a vaccine component, unless the patient has undergone desensitization. Refer to the Description section of manufacturers' package inserts for components of each vaccine; package inserts for vaccines that are licensed for use in the United States are available at **www.fda.gov/ BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm093833.htm.**

The Centers for Disease Control and Prevention "Pink Book" (*Epidemiology and Prevention of Vaccine-Preventable Diseases* [**www.cdc.gov/vaccines/pubs/pinkbook/ genrec.html#contraindications**]) is also a helpful resource.

A **precaution** is a condition in a recipient that might increase the risk or seriousness of an adverse reaction, might interfere with vaccine effectiveness, or might complicate making another diagnosis because of a possible vaccine-related reaction. The only precaution applicable to all vaccines is moderate or severe acute illness, with or without fever.

People who administer vaccines should screen recipients for contraindications and precautions before administering vaccines, and this screening should be documented (eg, in the electronic health record).

A table that lists contraindications and precautions for commonly used vaccines can be found at **www.cdc.gov/vaccines/hcp/acip-recs/general-recs/ contraindications.html.** This information is based on recommendations of the Committee on Infectious Diseases of the American Academy of Pediatrics (AAP) and of the Advisory Committee on Immunization Practices (ACIP) of the Centers for Disease Control and Prevention (CDC). Sometimes, these recommendations differ from information in the manufacturers' package inserts. In addition, ACIP recommendations for influenza vaccine are updated on an annual basis and the most recent contraindications and precautions for influenza vaccines can be found at **www.cdc.gov/ vaccines/hcp/acip-recs/vacc-specific/flu.html.** Information on discussing vaccine recommendations with patients and families can be found in Understanding Vaccine Evaluation and Safety as an Approach to Addressing Parental Concerns, p 27.

Downloaded from http://publications.aap.org/redbook/book/chapter-pdf/1753730/rbo2024_app_iv_en.pdf
by American Academy of Pediatrics. Gillian Gibbs