**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREA SHAW, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>AMERICAN ACADEMY OF PEDIATRICS,<br><br>                    Defendant. | Civil Action No. 1:26:cv-00171 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss, and the parties' respective submissions in support thereof and in opposition thereto, it is hereby

ORDERED that Defendant's motion is GRANTED; and

FURTHER ORDERED that this action is DISMISSED.


IT IS SO ORDERED.


Dated: _____          _____
                                    TIMOTHY J. KELLY
                                    United States District Judge

**<u>Local Civ. R. 7(k) List of Counsel</u>**

Richard Jaffe (Bar No. CA00224)
428 J Street 4th Floor
Sacramento, CA 95014
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com

*Counsel for Plaintiffs*

Richard Sauber (Bar No. 385070)
Jack A. Herman (Bar No. 1033370)
Lauren Cassady Andrews (Bar No. 888314680)
Shikha Garg (Bar No. 90002307)
Herbert Smith Freehills Kramer (US) LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Defendant*