IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREA SHAW, et al.,                    )
                                        )
          Plaintiffs,                   )
                                        )  Civil Action No. 1:26-cv-00171 (TJK)
     v.                                 )
                                        )
AMERICAN ACADEMY OF PEDIATRICS,         )
                                        )
          Defendant.                    )

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss, the Opposition thereto, any

Reply, and the entire record herein, and for good cause shown, it is hereby

ORDERED that Defendant's Motion to Dismiss is **DENIED**.

SO ORDERED.


Dated: _____          _____
                                  TIMOTHY J. KELLY
                                  United States District Judge

1