# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrea Shaw, | No. 1:26-cv-00171 |
| *Plaintiff,* | Judge Timothy J. Kelly |
| v. | Motion of Eugene Volokh to Intervene and Unseal, with Accompanying Memorandum |
| American Academy of Pediatrics, | |
| *Defendant.* | |

## Proposed Order

Upon consideration of Eugene Volokh's Motion to Intervene and Unseal, it is hereby ordered that Volokh's Motion is GRANTED, and the Plaintiff's motion to proceed pseudonymously and accompanying memorandum (ECF Nos. 2, 2-1, 2-2, and 2-3) shall be unsealed, with the following redactions:

—

SO ORDERED on this ___ day of _____, 2026,

_____

United States District Judge

Pursuant to Local Civil Rule 7(k), plaintiff's counsel Richard Jaffe and defendant's counsel Jack Alexander Herman, Lauren Cassady Andrews, and Richard Alan Sauber, are to be served by CM/ECF.

1