**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREA SHAW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ACADEMY OF PEDIATRICS,<br><br>Defendant. | Case No. 1:26-cv-00171-TJK<br><br>Judge Timothy J. Kelly |

# PLAINTIFF JANE DOE'S RESPONSE TO EUGENE VOLOKH'S MOTION TO INTERVENE AND UNSEAL

On January 21, 2026, Plaintiff Jane Doe filed a sealed motion for leave to file a document under seal. ECF No. 2. The motion had three attachments: ECF No. 2-1, a memorandum in support; ECF No. 2-2, a text of proposed order; and ECF No. 2-3, the declaration of Richard Jaffe. There was no opposition to the motion.

On June 6, 2026, the Court granted the motion and ordered the filings maintained under seal:

> MINUTE ORDER: Plaintiff Jane Doe has moved to proceed pseudonymously and to file her true identity under seal. ECF No. 2. Upon consideration of the factors set forth in *In re Sealed Case*, 931 F.3d 92, 97 (D.C. Cir. 2019), given the lack of opposition from Defendant, and for the reasons set forth in the Motion, it is hereby ORDERED that the 2 Motion is GRANTED. It is further ORDERED that the 2 Motion and all its attachments, including Plaintiff Doe's declaration of identity, ECF No. 2-3, shall be maintained under seal, Plaintiff Doe shall be permitted to proceed pseudonymously in this matter, and the parties shall not disclose her true identity or residence address publicly or in any public filing without leave of Court. Signed by Judge Timothy J. Kelly on 6/6/2026.

The instant motion does not seek Plaintiff Doe's identity. It seeks only the arguments Plaintiffs made to the Court, as cited in the Minute Order.

The memorandum in support, ECF No. 2-1, argues that the facts alleged in the complaint satisfy the applicable legal standards for protecting the identity of a party. Neither that memorandum, nor the motion itself, ECF No. 2, nor the text of proposed order, ECF No. 2-2, reveals protected information. The protected information is contained in the declaration of counsel, ECF No. 2-3.

Based on undersigned counsel's understanding that Movant does not seek Plaintiff Doe's identity, Plaintiffs do not oppose the unsealing of ECF Nos. 2, 2-1, and 2-2. Plaintiffs do object to the unsealing of ECF No. 2-3, the declaration of counsel, which contains Plaintiff Doe's true identity and which, as Plaintiffs understand the motion, is not part of the relief Movant requests.

Plaintiffs therefore do not oppose Movant's request to unseal ECF Nos. 2, 2-1, and 2-2, and respectfully request that the Court maintain ECF No. 2-3 under seal.

Dated: July 13, 2026

Respectfully submitted,

/s/ Richard Jaffe
RICHARD JAFFE, ESQ.
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com
CA Bar No. 289362
D.C. District Court ID No. CA00224
Attorney for Plaintiffs